1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

8

9   ASHLEY WRIGHT and MERRIMAN BLUM,      Case No. 2:25-cv-00977
    individually and on behalf of all others

10  similarly situated,                   **CLASS ACTION COMPLAINT**

11              Plaintiffs,

12       v.                               **JURY TRIAL DEMANDED**

13  AMAZON.COM, INC., a Delaware
    corporation,

14

15              Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**TABLE OF CONTENTS**

2
**Page**

3
I.      NATURE OF THE ACTION ............................................................................1

4
II.     JURISDICTION AND VENUE ......................................................................3

5
III.    PARTIES ........................................................................................................3

6
        A.      Plaintiffs .............................................................................................3

7
                1.      Ashley Wright ..........................................................................3

8
                2.      Merriman Blum ........................................................................4

9
        B.      Defendant ...........................................................................................4

10
IV.     FACTUAL ALLEGATIONS ..........................................................................5

11
        A.      Amazon Sells Rice Products in Its Online Marketplace ....................5

12
        B.      Rice and the Health Risks From Heavy Metal Contamination ............10

13

14
                1.      The role of rice in family diets: Insights from a
                        community survey. .................................................................12

15

16
                2.      The heavy metals in rice can pose health risks, including
                        diminished intelligence. ........................................................13

17
                3.      Arsenic ..................................................................................14

18
                4.      Cadmium ...............................................................................15

19
                5.      Lead ......................................................................................16

20
                6.      Mercury .................................................................................18

21
        C.      There Is No Safe Level of Heavy Metals ...........................................19

22

23
        D.      Amazon's Rice Products Could Be Produced with Lower
                Levels of Heavy Metals or Amazon Could Disclose the
                Presence of Heavy Metals in Its Rice Products ................................22

24

25
        E.      The Material Omissions Mislead and Deceive Reasonable
                Consumers ........................................................................................22

26
V.      CLASS ALLEGATIONS ..............................................................................24

27
VI.     CHOICE OF LAW .......................................................................................26

28



1

VII.    CLAIMS FOR RELIEF ..................................................................................27

COUNT I VIOLATION OF THE WASHINGTON CONSUMER PROTECTION
        ACT (WASH. REV. CODE ANN. § 19.86.010, *ET SEQ.*).................................27

COUNT II FRAUDULENT CONCEALMENT (BASED ON WASHINGTON
        LAW) ....................................................................................................28

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

Plaintiffs Ashley Wright and Merriman Blum, by and through their undersigned counsel, on behalf of themselves and all others similarly situated, bring this Class Action Complaint against Defendant Amazon.com, Inc. ("Amazon") and allege the following facts in support of their claims against Amazon based upon personal knowledge, where applicable, information and belief, and the investigation of counsel:

## I.    NATURE OF THE ACTION

1.    Heavy metals, including arsenic, cadmium, lead, and mercury, are toxins known to pose significant and adverse health risks and consequences to humans. It is well-recognized that there is no safe level of human consumption of heavy metals.[1] Exposure to heavy metals can cause negative health effects such as various cancers; gastric and vascular disorders; liver, kidney, and brain damage; miscarriages; and reproductive disorders.[2] Arsenic is especially harmful to adults and the development of children.[3]

---

[1] Transcript from Public Meeting, *Closer to Zero Action Plan: Impacts of Toxic Element Exposure and Nutrition at Different Crucial Developmental Stages for Babies and Young Children* (Nov. 18, 2021), https://www.fda.gov/media/155396/download?attachment (hereinafter "Closer to Zero Public Meeting Transcript"), at 32, 72, 179; *FDA Webinar: Action Levels for Lead in Food Intended for Babies and Young Children: Draft Guidance* (Mar. 2, 2023), https://www.fda.gov/media/166188/download, at 5 ("Although we may not be able to say the reference level is a safe level, it is a level we could rely on as a benchmark to measure exposure to foods."); *see also* Kevin Loria, *Congressional Report Finds More Problems With Heavy Metals in Baby Food*, CONSUMER REPORTS (Sept. 29, 2021, updated Oct. 20, 2021), https://www.consumerreports.org/health/food-safety/problems-with-heavy-metals-in-baby-food-congressional-report-a6400080224 (hereinafter "*Congressional Report Finds More Problems with Heavy Metals in Baby Food*"); *see, e.g.*, *Lead Poisoning*, WORLD HEALTH ORGANIZATION (Sept. 27, 2024), https://who.int/news-room/fact-sheets/detail/lead-poisoning-and-health (hereinafter "WHO Lead Poisoning webpage").

[2] Anirban Goutam Mukherjee, et al., *Heavy Metal and Metalloid Contamination in Food and Emerging Technologies for Its Detection*, SUSTAINABILITY (Jan. 9, 2023), 15(2), https://www.mdpi.com/2071-1050/15/2/1195.

[3] *See, e.g.*, *What's in My Baby's Food?*, HEALTHY BABIES BRIGHT FUTURES (Oct. 2019), https://hbbf.org/sites/default/files/2022-12/BabyFoodReport_ENGLISH_R6_0.pdf, at 13 (hereinafter "HBBF 2019 Report"); U.S. Senators' Letter to the FDA (June 22, 2021), https://www.klobuchar.senate.gov/public/_cache/files/9/9/996f2cad-5295-432b-a543-f69312988a78/37D015A1AC9DDF0E31B341F629469169.6.22.2021-formatted-letter-to-fda-on-baby-food-recall.pdf (hereinafter "U.S. Senators' Letter to the FDA") (citing Dartmouth Toxic Metals Superfund Research Program, *Arsenic and You: Information on Arsenic in Food, Water, & Other Sources - Arsenic and Children* (2021), https://sites.dartmouth.edu/arsenicandyou/arsenic-and-children/); U.S. House of Representatives, Committee on Oversight and Reform, Subcommittee on Economic and Consumer Policy, Staff Report, *Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury*, at 2 (Feb. 4, 2021), https://oversightdemocrats.house.gov/sites/evo-subsites/democrats-oversight.house.gov/files/2021-02-04%20ECP%20Baby%20Food%20Staff%20Report.pdf (hereinafter "Congressional Committee Report"); J. Christopher States, et al., *Prenatal Arsenic Exposure Alters Gene Expression in the Adult Liver to a Proinflammatory State Contributing to Accelerated Atherosclerosis*, PLOS ONE (June 15, 2012), 7(6): e38713, https://doi.org/10.1371/journal.pone.0038713 (hereinafter "Prenatal Arsenic Exposure article").

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE    (206) 623-0594 FAX

1    2.    Rice is the most consumed food in the world and a dietary staple for over one

2    billion children.

3    3.    Recent testing of rice sold by retailers indicates that certain rice products sold to

4    consumers by Amazon ("Rice Products") are contaminated with arsenic, cadmium, lead, and/or

5    mercury.[4]

6    4.    Amazon sold these Rice Products with alarmingly high levels of heavy metals to

7    an intended consumer audience that includes children, with no warning whatsoever about the

8    dangers of heavy metals. Reasonable consumers would want to know about the presence of

9    toxins in any product, especially one that is intended for human consumption, such as the Rice

10   Products at issue.

11   5.    Exposure to any source of heavy metals should be avoided and minimized. Thus,

12   the presence of heavy metals in products intended for human consumption is material and should

13   be disclosed.

14   6.    But Amazon fails to disclose that the Rice Products contain heavy metals.

15   Nowhere on the packaging or on its point-of-sale webpages does Amazon disclose that the Rice

16   Products contain heavy metals, including arsenic, cadmium, lead, and/or mercury (collectively,

17   the "Omissions").

18   7.    Plaintiffs bring this class action against Amazon for deceptive business practices,

19   including the Omissions, regarding the presence of heavy metals in the Rice Products.

20   8.    No reasonable consumer purchasing rice after seeing Amazon's point-of-sale

21   disclosures would expect the Rice Products to contain heavy metals. Furthermore, reasonable

22   consumers, like Plaintiffs, would consider the inclusion of heavy metals a material fact when

23   considering what food products to purchase.

24   9.    Plaintiffs seek injunctive and monetary relief on behalf of the proposed Class,

25   including (i) requiring Amazon to fully disclose the presence of heavy metals in its marketing,

26   advertising, and labeling of Rice Products; (ii) requiring Amazon to test all Rice Products'

27

28   _____

[4] Appendix A lists each of the brands and varieties of rice that comprise the Rice Products at issue in this case.

CLASS ACTION COMPLAINT - 2
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

ingredients and final products for heavy metals; and (iii) restoring monies to the members of the proposed Class.

10.    Plaintiffs bring this proposed consumer class action individually and on behalf of all other members of the Class (as defined herein), who purchased for personal/household use and not resale any of the Rice Products. Plaintiffs assert claims under the Washington Consumer Protection Act and Washington common law.

## II.    JURISDICTION AND VENUE

11.    This Court has jurisdiction over this action pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d)(2), because at least one Class Member is of diverse state citizenship from Defendant, there are more than 100 Class Members, and the aggregate amount in controversy exceeds $5 million, exclusive of interest and costs. Amazon sells its Rice Products from coast to coast in the United States and, as such, Class Members are citizens of numerous diverse states outside of Washington.

12.    The Western District of Washington has personal jurisdiction over Amazon as it is headquartered in this District and conducts substantial business in this State and in this District through its headquarters and sale of products.

13.    Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(1) because Amazon is headquartered and resides in this District. Venue is further appropriate in this district pursuant to the forum selection clause in Amazon's online "conditions of use," which are available when a consumer signs up for an Amazon account and makes purchases. The conditions provide that "[a]ny dispute or claim relating in any way to your use of any Amazon Service will be adjudicated in the state or Federal courts in King County, Washington, and you consent to exclusive jurisdiction and venue in these courts."

## III.    PARTIES

A.    **Plaintiffs**

1.    **Ashley Wright**

14.    Between December 2024 and March 2025, Plaintiff Ashley Wright purchased Iberia Basmati 100% Aged Original rice (one of the Rice Products) for her household, which

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1    includes her 12-year-old daughter. Plaintiff believed she was purchasing rice that was nontoxic

2    and without detectable levels of heavy metals. During the time she purchased and used the Rice

3    Product, and due to the Omissions by Amazon, she was unaware the rice contained heavy metals,

4    including arsenic, cadmium, lead, and mercury. If Amazon had disclosed that the Rice Product

5    contained heavy metals or that Amazon had inadequately tested, or never tested, for heavy

6    metals in its ingredients and/or finished Rice Products, Plaintiff would not have purchased any of

7    the Rice Products, or would have paid less.

8         15.    Plaintiff intends to purchase Rice Products in the future and wants to do so based

9    on a full disclosure of the presence of heavy metals in the products.

10             **2.    Merriman Blum**

11        16.    Between December 2020 and April 2025, Plaintiff Merriman Blum purchased

12    Iberia Basmati 100% Aged Original rice (one of the Rice Products) for his household. Plaintiff

13    believed he was purchasing rice that was nontoxic and without detectable levels of heavy metals.

14    During the time he purchased and used the Rice Product, and due to the Omissions by Amazon,

15    he was unaware the rice contained heavy metals, including arsenic, cadmium, lead, and mercury.

16    If Amazon had disclosed that the Rice Product contained heavy metals, or that Amazon had

17    inadequately tested, or never tested, for heavy metals, in its ingredients and/or finished Rice

18    Products, Plaintiff would not have purchased any of the Rice Products, or would have paid less.

19        17.    Plaintiff intends to purchase Rice Products in the future and wants to do so based

20    on a full disclosure of the presence of heavy metals in the products.

21    **B.    Defendant**

22        18.    Amazon.com, Inc. is an American multinational consumer goods and technology

23    company that conducts business in all 50 states and the District of Columbia. Amazon is a

24    Delaware corporation with principal executive offices located at 410 Terry Avenue North,

25    Seattle, Washington 98109.

26        19.    Amazon is the largest e-commerce company in the world. At all times relevant to

27    this action, Amazon sold the Rice Products at issue throughout the United States and has annual

28    sales of these products in the hundreds of millions of dollars.



20. Amazon knowingly created, oversaw, and/or authorized the unlawful, fraudulent, unfair, misleading, and/or deceptive packaging and related marketing for the Rice Products that did not disclose the presence of heavy metals, including arsenic, cadmium, lead, and/or mercury.

21. Plaintiffs relied on the packaging and Omissions, which were prepared, reviewed, and/or approved by Amazon and its agents at its headquarters in Seattle and disseminated by Amazon and its agents. The Omissions were nondisclosed material content that a reasonable consumer would consider important when purchasing the Rice Products.

## IV.    FACTUAL ALLEGATIONS

### A.    Amazon Sells Rice Products in Its Online Marketplace

22. Amazon operates the largest online retail marketplace in the United States, which includes its website, applications for mobile devices, and voice-controlled devices that allow consumers to make purchases from Amazon ("Amazon's marketplace").

23. Amazon directly sells a wide range of consumer goods—approximately 12 million goods—to customers on its marketplace.[5]

24. Amazon also designed its marketplace to be a platform where other businesses ("third-party merchants") can register and list their goods for Amazon to sell. In that sense, Amazon's marketplace is like "an online mall where independent merchants display their products to people perusing the website," according to Amazon's Vice President of Marketplace Business.[6] Third-party merchants post their products on the platform, which Amazon presents to users together with its own goods. Third-party merchants manufacture some of the Rice Products that are the subject of this litigation.

25. Sales on Amazon's marketplace make up between 65% and 70% of all online marketplace sales in the United States and account for over 50% of all online retail sales revenue in the United States.[7]

---

[5] *Amazon Statistics*, AMAZON SCOUT, https://amzscout.net/blog/amazon-statistics (last accessed May 23, 2025).

[6] Affidavit of Nicholas Denissen (Amazon's Vice President of Marketplace Business), *Oberdorf v. Amazon.com, Inc.*, No. 4:16-cv-01127-MWB (M.D. Pa. June 30, 2017), Dkt. No. 31, ¶ 5.

[7] *Investigation of Competition in Digital Markets, Majority Staff Report and Recommendations*, SUBCOMMITTEE ON ANTITRUST, COMMERCIAL, AND ADMINISTRATIVE LAW OF THE COMMITTEE ON THE JUDICIARY, 116th Congress,

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

26.     Amazon sells the Rice Products to consumers on its platform. Each product is sold on Amazon's website via a webpage referred to as a "Product Detail Page." The Product Detail Page for each Rice Product includes a product description and a picture of the product's ingredients panel.

27.     The Rice Products at issue in this case, and the levels of heavy metals found in each product, are listed in Appendix A.

28.     Here is an example of a Product Detail Page for a Rice Product (365 Whole Foods Market Arborio White Rice):

| 365 Whole Foods Market | Arborio White Rice |
| --- | --- |




_____

(released Oct. 2020, adopted Apr. 2021), https://www.govinfo.gov/content/pkg/CPRT-117HPRT47832/pdf/CPRT-117HPRT47832.pdf, at 255.

CLASS ACTION COMPLAINT - 6
Case No. 2:25-cv-00977
011320-11/3200040 V5

1
2
3
4
5
6
7
8
9
10
11
12



13    29.    The Product Detail Page and ingredients panel do not disclose the presence of

14  heavy metals. In fact, the page has a drop-down menu titled "Ingredients." If a consumer clicks

15  on that drop-down menu, the only ingredient listed is "arborio rice":

16
17
18
19
20
21
22
23
24
25
26

27    30.    The Product Detail Page also contains a button with the question "Does it contain

28  any additives or preservatives?":

CLASS ACTION COMPLAINT - 7
Case No. 2:25-cv-00977
011320-11/3200040 V5



1
2
3
4
5
6
7
8
9
10
11



31.     Consumers can click on the button, which reveals a statement that "The product information does not provide explicit details about the presence or absence of additives or preservatives":



32.     The contents of the point-of-sale Product Detail Page show that (1) Amazon knows that the components of a food product are material to consumers and (2) Amazon fails to disclose to consumers the fact that the Rice Product contains heavy metals.

33.     The Product Detail Page and ingredient information for each Rice Product are attached in Appendix B. The Product Detail Page for the Iberia Basmati 100% Aged Original Rice purchased by Plaintiffs Wright and Blum is set forth below:

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CLASS ACTION COMPLAINT - 8
Case No. 2:25-cv-00977
011320-11/3200040 V5

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Iberia Basmati | 100% Aged Original |
|---|---|







CLASS ACTION COMPLAINT - 9
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

34.     The Product Detail Page contains language touting the superiority of this particular product, but nowhere does it disclose that the rice contains dangerous heavy metals, including arsenic, cadmium, lead, and mercury:

## Ingredients   ⌃

Basmati Rice

## About this item   ⌃

| | |
|---|---|
| **Brand** | Iberia |
| **Number of Items** | 1 |
| **Unit Count** | 32.0 Ounce |
| **Item Weight** | 2 Pounds |
| **Package Information** | Jar,Bag |

- This 2 lb jar of Iberia Basmati Rice is a versatile ingredient for a wide variety of main and side dishes. Use it in curry, pilaf or other recipes. Iberia basmati rice has a pleasant natural fragrance that enhances the presentation and flavor of your meals. It's easy to cook, so you can prepare other dishes at the same time. The burlap bag has a zipper and carrying handle on top to make storage and transport easier. Sold in Sealed Food grade gourmet pet plastic jars for convenience.
- Rich, buttery flavor and a pearly white luster
- Grown in the foothills of the Himalayas as it has been for centuries
- Aged with patience and care for up to 18 months
- The connoisseur's choice. The finest basmati for the finest cuisine.

## B.     Rice and the Health Risks From Heavy Metal Contamination

35.     Rice is the most widely consumed solid food in the world and a dietary staple for over a billion children. However, for more than 25 years, it has also been recognized as a major source of arsenic in the diet. Wide-ranging research has confirmed its presence in rice from every major growing region worldwide, including the brands and varieties sold in the U.S. In response, leading experts have called for action—for years now—urging health agencies to limit arsenic levels and mitigate health risks.[8]

---

[8] *What's In Your Family's Rice*, HEALTHY BABIES BRIGHT FUTURES (May 2025), https://hbbf.org/sites/default/files/2025-05/Arsenic-in-Rice-Report_May2025_R5_SECURED.pdf, at 6 (hereinafter "HBBF 2025 Report").

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1     36.    New tests of 145 rice samples from retailers nationwide—including a wide range

2  of U.S.-grown and imported varieties—reveals that rice sold in the U.S. remains widely

3  contaminated with arsenic. Testing commissioned by Healthy Babies Bright Futures (HBBF)

4  detected arsenic in 100% of samples, with more than one-fourth exceeding the federal limit set

5  for infant rice cereal. No such limit exists for rice itself—*i.e.*, the bags and boxes of rice served at

6  family meals—despite it being widely consumed by infants and toddlers.[9]

7     37.    Heavy metals are associated with increased risk of cancer, neurological harm

8  during early development, including IQ loss, and other health concerns.[10]

9     38.    For children up to age 2, rice—not infant rice cereal—is the leading source of

10  arsenic exposure from solid foods. This is especially true for those who eat foods made at home,

11  or packaged foods from outside the baby food aisle, which contribute twice as much arsenic to a

12  baby's diet as commercial baby food. Rice is also a primary concern in the increasingly popular

13  practice of baby-led weaning, where infants are offered many of the same foods, including rice,

14  as the rest of the family.[11]

15     39.    Pregnancy is the most critical window for protecting children from arsenic's

16  neurodevelopmental effects, including IQ loss.

17     40.    The health concern with toxic heavy metals in rice lies not in short-term, acute

18  harm, but in chronic, low-level exposures that accumulate over time—especially during critical

19  developmental periods like pregnancy, infancy, and early childhood. Even low-level exposures

20  can cause serious and irreversible damage over time. Rice is just one of many foods that contains

21  heavy metals. But rice stands out—not just because it tends to have relatively high arsenic levels,

22  but also because it's consumed frequently, resulting in significant cumulative exposure for

23  individuals and the population as a whole.

---

[9] *Id.*

[10] *Id.*

[11] *Id.*

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

41.     No amount of arsenic, cadmium, lead, or mercury is known to be safe. Collectively, these heavy metals are linked to cancer and neurodevelopmental harm, including IQ loss and cognitive and behavioral issues.[12]

42.     The persistent issue of heavy metals in rice is especially consequential for Hispanic, Latino, and Asian American families, for whom rice is often a daily staple. Federal data shows that for children ages 0-2 in these communities, rice contributes a significantly larger share of daily arsenic exposure, up to seven times more than for other children. Asian American families, in particular, consume more rice than other groups, with one in six eating rice twice a day or more.[13]

**Figure 1. Rice Is a Major Source of Arsenic in Children's Diets —
Especially for Hispanic and Asian Children[14]**



Figure 6. Rice Is a Major Source of Arsenic in Children's Diets –
Especially for Hispanic and Asian Children

Note: Chart reflects dietary inorganic arsenic exposure. Rice intake shown corresponds to rice and foods with rice as dominant component (e.g., rice and beans). It excludes infant rice cereal and mixed foods that contain rice as a non-dominant component. Source: Abt Associates dietary arsenic exposure analysis (Abt 2025).

**1.     The role of rice in family diets: Insights from a community survey.**

43.     As part of its study, HBBF conducted a survey of rice consumption habits. The results highlight the importance of rice as a dietary staple for many families. Among respondents:

---

[12] *Id.* at 9.

[13] *Id.* at 17.

[14] *Id.* at 18.

CLASS ACTION COMPLAINT - 12
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

- Three-fourths identify as Asian American, Hispanic, or Latino.

- One in six eat rice twice a day or more.

- One in eight introduce rice to infants at 6 months or younger, and one-third serve it to babies by their first birthday.

- For one-third of families, rice is either an important, frequent main dish or the single most important food in their diet.[15]

44.    When asked about rice's role in their meals, families shared:

- "…When we are busy or don't have much to make at home, the go-to meal is rice and beans because those are items our household will always have and can afford."

- "My family has to have rice as the main dish with most meals. Even for breakfast, they sometimes eat porridge…"

- "We buy several 25+ lb bulk bags from Costco or Grocery Outlet—and they don't last long!"[16]

45.    This survey underscores just how deeply rice is woven into the diets of many American families and the dangers of selling rice products that are high in heavy metals and do not contain warnings alerting consumers to the presence of those metals.

**2.    The heavy metals in rice can pose health risks, including diminished intelligence.**

46.    The concern with heavy metals in rice lies in chronic, low-level exposures that accumulate over time—especially during critical developmental periods like pregnancy, infancy, and early childhood.[17]

47.    No amount of these mixtures of heavy metals is known to be safe. Collectively, they are linked to cancer and neurodevelopmental harm, including IQ loss and cognitive and behavioral issues. Repeated low-level exposures can have lasting effects and become especially significant when considered across the entire population.[18]

---

[15] *Id.* at 18.

[16] *Id.*

[17] *Id.* at 9.

[18] *Id.*

CLASS ACTION COMPLAINT - 13
Case No. 2:25-cv-00977
011320-11/3200040 V5

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

48.     Rice is just one of many foods that contains heavy metals. But rice stands out—not only because it has high arsenic levels, but also because it is widely consumed, and the foundation of some families' diets, leading to significant cumulative exposure.[19]

49.     All four heavy metals found in rice can be harmful to adults and children, including children's developing brains and nervous systems.

**3.     Arsenic**

50.     Arsenic[20] is a well-known toxic substance linked to lung, bladder, and skin cancer, as well as heart disease and diabetes. But it also poses a risk to the developing brain. In its recent assessment of arsenic's health effects, the Environmental Protection Agency (EPA) reviewed 63 studies on arsenic's impact on IQ and neurodevelopment. The agency found that early-life exposures are associated with reduced IQ and a range of cognitive and behavioral problems for children and teenagers. Impacts occur even at typical background exposures in the U.S. An economic analysis commissioned by HBBF examined the impact of arsenic in rice-based foods on childhood IQ loss. Researchers at Abt Global, a leading toxicology and economic research firm, estimated that arsenic in these foods is responsible for up to 9.2 million lost IQ points among U.S. children ages 0-6. Arsenic can cause cognitive deficits in children who are exposed early in life, and even neurological problems in adults who were exposed as infants.[21] For children affected by arsenic-induced cognitive loss, the harm appears to be permanent.[22] "[E]ven low levels of arsenic exposure can impact a baby's neurodevelopment."[23] "Studies have shown that consuming products with arsenic over time can lead to impaired brain development, growth problems, breathing problems, and a compromised immune system."[24]

---

[19] *Id.* at 20.

[20] Use of the word "arsenic" in this Complaint refers to inorganic arsenic, which is more toxic than organic arsenic and the form of arsenic that is most dangerous in rice. *See id.* at 1.

[21] *Id.* at 13.

[22] *Id.*

[23] U.S. Senators' Letter to the FDA , *supra* (citing Dartmouth Toxic Metals Superfund Research Program, *Arsenic and You: Information on Arsenic in Food, Water, & Other Sources - Arsenic and Children* (2021), https://sites.dartmouth.edu/arsenicandyou/arsenic-and-children/).

[24] *Id.*

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

1    51.    Arsenic exposure can also cause respiratory, gastrointestinal, hematological,

2    hepatic, renal, skin, neurological and immunological effects, and damage children's central

3    nervous systems and cognitive development.[25] Exposure to arsenic can also cause diabetes,

4    atherosclerosis, and cardiovascular disease.[26]

5    52.    Arsenic can cause cancer in humans, as well as diabetes and atherosclerosis, and

6    potentially cardiovascular disease when ingested chronically.[27] Chronic exposure to arsenic has

7    also been associated with dermatological lesions and malignancies.[28]

8    53.    Moreover, "[t]here is no evidence that the harm caused by arsenic is reversible."[29]

9    54.    Based on the risks associated with exposure to higher levels of arsenic, both the

10   Environmental Protection Agency (EPA) and Food and Drug Administration (FDA) have set

11   limits concerning the allowable limit of arsenic at 10 parts per billion (ppb) for human

12   consumption in apple juice (regulated by the FDA) and drinking water (regulated by the EPA as

13   a maximum contaminant level). The FDA has set the maximum allowable arsenic levels in

14   bottled water at 10 ppb of arsenic.[30]

15   55.    All of the Rice Products tested by HBBF contain more than 10 ppb of arsenic, and

16   *some of the Rice Products contain levels of arsenic as high as 149 ppb*.[31]

17   **4.    Cadmium**

18   56.    Cadmium is a toxic heavy metal linked to cancer, neurodevelopmental harm, and

19   damage to the kidneys, bones, and heart. It is widely used in industry, is naturally present in

20

21

---

22   [25] Congressional Committee Report, *supra*, at 10.

     [26] Prenatal Arsenic Exposure article, *supra*.

23   [27] *Id.*

24   [28] Stephen J. Genuis, et al., *Toxic Element Contamination of Natural Health Products and Pharmaceutical Preparations*, PLOS ONE (Nov. 21, 2012), 7(11): e49676, https://doi.org/10.1371/journal.pone.0049676.

25   [29] HBBF 2019 Report, *supra*, at 13.

     [30] Laura Reiley, *New Report Finds Toxic Heavy Metals in Popular Baby Foods. FDA Failed to Warn*
26   *Consumers of Risk*, WASHINGTON POST (Feb. 4, 2021),
     https://www.washingtonpost.com/business/2021/02/04/toxic-metals-baby-food/.

27   [31] Not all of the Rice Products tested by HBBF were purchased from Amazon. But all of the Rice Products at
28   issue in this case are sold by Amazon, *see* Appendix B, and HBFF's tests of all the Rice Products showed detectable levels of inorganic arsenic, cadmium, lead, and/or mercury. *See* Appendix A.



1  water and soil, and contaminates food and the environment. Though less well-known than

2  arsenic or lead, cadmium presents risks to health even at low levels of exposure.[32]

3      57.    A 2019 review found that prenatal cadmium exposure can impair children's

4  language skills, cognitive development, and overall performance ability. Among the supporting

5  evidence is a study led by Harvard researchers reporting that children with higher cadmium

6  exposure—at levels previously considered safe—were three times more likely to have learning

7  disabilities or require special education.[33]

8      58.    Based on the risks associated with exposure to cadmium, the EPA and FDA have

9  set limits concerning the allowable limit of arsenic at 5 ppb for human consumption in bottled

10  water and drinking water.[34]

11      59.    All of the Rice Products contain detectable levels of cadmium, all but two of them

12  contain cadmium levels of more than 5 ppb, and ***one of the Rice Products contains cadmium at***

13  ***a level of 105 ppb***.

14      **5.**    **Lead**

15      60.    Lead is a highly toxic heavy metal, identified as a carcinogen, and its harmful

16  effects cannot be reversed or remediated due to its accumulation in the body over time.[35]

17      61.    No amount of lead is safe for human exposure or consumption, according to the

18  FDA, Center for Disease Control, American Academy of Pediatrics, and World Health

19  Organization (WHO).[36]

20

---

[32] HBBF 2025 Report, *supra*, at 21.

[33] *Id.*

[34] *Cadmium in Food and Foodwares*, "Federal Regulations" Section, U.S. FOOD & DRUG ADMIN. (Mar. 5, 2024), https://www.fda.gov/food/environmental-contaminants-food/cadmium-food-and-foodwares.

[35] *See* Jesse Hirsch, *Heavy Metals in Baby Food: What You Need to Know*, CONSUMER REPORTS (Aug. 16, 2018, updated June 27, 2023), https://www.consumerreports.org/health/food-safety/heavy-metals-in-baby-food-a6772370847/ (hereinafter "*Consumer Reports: Heavy Metals in Baby Food*"); *ToxFAQs for Lead*, AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY, https://www.atsdr.cdc.gov/toxfaqs/tfacts13.pdf.

[36] *See Lead in Food and Foodwares*, FDA (updated Jan. 6, 2025), https://www.fda.gov/food/environmental-contaminants-food/lead-food-and-foodwares; *Childhood Lead Poisoning Prevention: CDC Updates Blood Lead Reference Value*, CDC (Apr. 2, 2024), https://www.cdc.gov/lead-prevention/php/news-features/updates-blood-lead-reference-value.html; *Lead Exposure in Children*, AMERICAN ACADEMY OF PEDIATRICS (last updated Jan. 2, 2025), https://www.aap.org/en/patient-care/lead-exposure/lead-exposure-in-children; WHO Lead Poisoning webpage, *supra*; *see also* Mike Snider, *FDA: Recalled Applesauce Pouches Had Elevated Lead Levels and Another Possible Contaminant*, USA TODAY (Jan. 5, 2024, updated Jan. 9, 2024),

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

1    62.    Exposure to lead can cause cancer, neuropathy and brain damage, hypertension,

2    decreased renal function, increased blood pressure, and gastrointestinal and cardiovascular

3    effects. It can also cause reduced fetal growth or lower birth weights.[37]

4    63.    The EPA has found that "[l]ead can affect almost every organ and system in your

5    body. Children six years old and younger are more susceptible to the effects of lead."[38]

6    64.    For children, "[e]ven low levels of lead in blood of children can result in:

7    [b]ehavior and learning problems[,] [l]ower IQ and hyperactivity[,] [s]lowed growth[,] [h]earing

8    [p]roblems[,] [and] [a]nemia."[39]

9    65.    Lead can also be transmitted from pregnant women to their babies during

10   pregnancy because "[l]ead can accumulate in our bodies over time .... During pregnancy, lead is

11   released from the mother's bones … and can pass from the mother exposing the fetus or the

12   breastfeeding infant to lead."[40] This can result in "miscarriage, stillbirth, premature birth, and

13   low birth weight infants."[41]

14   66.    Lead is also harmful to adult health, and exposure to lead in adults is associated

15   with increased blood pressure, increased risk of hypertension, reduced fetal growth in pregnant

16   women, damage to reproductive organs, cognitive decline, heart disease, and worsened kidney

17   function.[42]

18

19

20

21   https://www.usatoday.com/story/money/food/2024/01/05/applesauce-pouch-recall-contamination-spreads/72121869007/.

22   [37] *Environmental and Health Impacts of Lead*, GENEVA ENVIRONMENT NETWORK (last updated Oct. 17, 2024), https://www.genevaenvironmentnetwork.org/resources/updates/lead-poisoning-prevention/.

23   [38] *Learn About Lead*, EPA (last updated Dec. 5, 2024), https://www.epa.gov/lead/learn-about-lead.

      [39] *Id.*

24   [40] *Id.*

25   [41] T. Bhasin, et al., *Unveiling the Health Ramini factions of Lead Poisoning: A Narrative Review*, CUREUS (Oct. 9, 2023), 15(1):e46727, https://pmc.ncbi.nlm.nih.gov/articles/PMC10631288/.

26   [42] *NTP Monograph: Health Effects of Low-Level Lead*, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, NATIONAL TOXICOLOGY PROGRAM (June 2012), https://ntp.niehs.nih.gov/sites/default/files/ntp/ohat/lead/final/monographhealtheffectslowlevellead_newissn_508.pdf; A. Spivey, *The Weight of Lead: Effects Add Up in*

27   *Adults*, ENVIRON. HEALTH PERSPECTIVES, Jan. 1, 2007, 115(1): A30-A36, https://ehp.niehs.nih.gov/doi/10.1289/ehp.115-a30; Ravi Rao, *Lead vs. Lead-Free Solder: Which is Better for PCB*

28   *Manufacturing?*, WEVOLVER (Jan. 31, 2023), https://www.wevolver.com/article/lead-free-solder-vs-lead-solder.

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

Symptoms of lead poisoning

**General**
- Fatigue
- Maltese
- Weight loss

**Mouth**
- Unusual taste
- Slurred speech
- Blue lines along gums

**Vision and hearing**
- Partial blindness
- Partial hearing loss
- Hallucinations

**Skin**
- Pallor
- Lividity

**Blood**
- Anemia

**Central Nervous System**
- Insomnia
- Appetite loss
- Decreased libido
- Depression
- Irritability
- Cognitive deficits
- Memory loss
- Headache
- Personality changes
- Delirium
- Coma

**Abdominal**
- Pain
- Nausea
- Diarrhea or constipation
- Kidney failure

**Neuromuscular**
- Tremor
- Pain
- Delayed reactions
- Coordination loss
- Convulsions
- Weakness
- Seizures

**Extremities**
- Pain
- Tingling
- Wrist/Foot drop

**Reproductive**
- Sperm dysfunction in males
- Pregnancy complication in females

67.    Because exposure to lead builds up in the human body over time, it can disrupt neurological, skeletal, reproductive, hematopoietic, renal, and cardiovascular systems.[43]

68.    Even "[r]epeated low-level exposure [to lead] over a prolonged period" can result in clinical symptoms including "[p]ersistent vomiting, encephalopathy, lethargy, delirium, and coma[.]"[44]

69.    At least 12 of the Rice Products Amazon sells contain detectable amounts of lead.

**6.    Mercury**

70.    The EPA has found that mercury exposure "can harm the brain, heart, kidneys, lungs, and immune system of people of all ages."[45]

---

[43] Collin, M. Samuel, et al., *Bioaccumulation of Lead (Pb) and Its Effects on Human: A Review*, JOURNAL OF HAZARDOUS MATERIAL ADVANCES (Aug. 2022), Vol. 7, https://www.sciencedirect.com/science/article/pii/S277241662200050X?via%3Dihub.

[44] Taanvi Bhasin, et al., *Unveiling the Health Ramifications of Lead Poisoning: A Narrative Review*, CUREUS, (Oct. 9, 2023), 15(10), https://www.cureus.com/articles/184381-unveiling-the-health-ramifications-of-lead-poisoning-a-narrative-review#!/.

[45] *Basic Information about Mercury*, EPA, https://www.epa.gov/mercury/basic-information-about-mercury.

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

71.    Similar to lead, "[e]xposure to mercury – even in small amounts – may cause serious health problems, and is a threat to the development of the child in utero and early in life."[46]

72.    Scientific studies have found that mercury "can cause disorders such as various cancers; endothelial dysfunction; gastric and vascular disorders; liver, kidney, and brain damage; hormonal imbalances, miscarriages, and reproductive disorders; skin lesions; vision damage; and even death."[47]

73.    Mercury has no known "positive functionality in the human body, and even at low concentrations, it can have harmful long-term health effects, causing headaches, limb pain, tooth loss, or general weakness."[48]

74.    Mercury increases the risk for cardiovascular disease and can cause vision, intelligence, and memory problems for children exposed in utero. Exposure to mercury has been linked to higher risk of lower IQ scores and intellectual disability.[49]

75.    Mercury exposure at two and three years of age has been positively associated with autistic behaviors among pre-school age children.[50]

76.    At least 14 of the Rice Products Amazon sells contain detectable amounts of mercury.

C.    **There Is No Safe Level of Heavy Metals**

77.    Government agencies and other experts acknowledge and agree there are no known safe levels of heavy metals.

- Conrad Choiniere, Director of the Office of Analytics and Outreach in the FDA's Center for Food Safety and Applied Nutrition: "However overall exposure adds up because many of the foods we eat contain these contaminants in small amounts. This is not to say that we should not be concerned. On the

---

[46] *Mercury and Health*, WORLD HEALTH ORGANIZATION, https://www.who.int/news-room/fact-sheets/detail/mercury-and-health.

[47] A. Charkiewicz, et al., *Mercury Exposure and Health Effects: What Do We Really Know?*, INT'L JOURNAL OF MOLECULAR SCIENCE (Mar. 5, 2025), 26(5), 2326, https://www.mdpi.com/1422-0067/26/5/2326.

[48] *Id.*

[49] *See* HBBF 2019 Report, *supra*, at 14.

[50] *See* Congressional Committee Report, *supra*, at 12-13.

contrary, for the contaminants we are discussing today, we have not identified safe levels of exposure for developmental outcomes."[51]

- Dr. Aparna Bole, pediatrician speaking on behalf of the AAP: "There is no known safe level of exposure to these metals for children. Exposure to toxic elements has a disproportionate effect on infants and toddlers because their brains are rapidly developing, especially during their first 1,000 days."[52]

- Dr. Karagas, Professor and Chair of the Department of Epidemiology at the Geisel School of Medicine at Dartmouth College: "Arsenic, cadmium, mercury and lead, shown here, circled in these red circles, they do not have any known physiologic essential function in the body and there is no known safe level to our knowledge."[53]

78.    Heavy metals are neurotoxins, or poisons, which affect the nervous system.[54]

79.    With respect to children, exposure to these heavy metals "diminish[es] quality of life, reduce[s] academic achievement, and disturb[s] behaviour, with profound consequences for the welfare and productivity of entire societies."[55] Heavy metals can harm the "developing brain and nervous system" and cause negative impacts such as "the permanent loss of intellectual capacity and behavioral problems like attention-deficit hyperactivity disorder ('ADHD')."[56] Even in trace amounts, heavy metals can alter the developing brain and erode a child's intelligence quotient ("IQ").[57]

80.    Due to their smaller physical size and still-developing brain and organs, toddlers are particularly susceptible to the toxic effects of heavy metals because "[t]hey also absorb more of the heavy metals that get into their bodies than adults do."[58]

81.    Heavy metals disturb the body's metabolism and cause "significant changes in various biological processes such as cell adhesion, intra- and inter-cellular signaling, protein

---

[51] Closer to Zero Public Meeting Transcript, *supra*, at 32.

[52] *Id.* at 179.

[53] *Id.* at 72.

[54] *See, e.g.*, Congressional Committee Report, *supra*, at 2 ("The Food and Drug Administration and the World Health Organization have declared them dangerous to human health, particularly to babies and children, who are most vulnerable to their neurotoxic effects.").

[55] HBBF 2019 Report, *supra*, at 13.

[56] *Id.* at 6.

[57] *See* Congressional Committee Report, *supra*, at 2.

[58] *Consumer Reports: Heavy Metals in Baby Food*, *supra* (internal citation omitted).

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

1  folding, maturation, apoptosis, ionic transportation, enzyme regulation, and release of

2  neurotransmitters."[59]

3      82.    According to Victor Villarreal, Ph.D., Assistant Professor in the Department of

4  Educational Psychology at the University of Texas at San Antonio, who has studied the effects of

5  heavy metals on childhood development, "[t]he effects of early exposure to heavy metals can

6  have long-lasting impacts that may be impossible to reverse."[60]

7      83.    Research continues to confirm that exposures to heavy metals cause "troubling

8  risks for babies, including cancer and lifelong deficits in intelligence[.]"[61]

9      84.    As Dr. James E. Rogers, the director of food safety research and testing at

10 Consumer Reports, has said "*[t]here is no safe level of heavy metals*, so the goal should be to

11 have no measurable levels of any heavy metal in baby and toddler foods."[62]

12     85.    FDA and the WHO have declared heavy metals "dangerous to human health,

13 particularly to babies and children, who are most vulnerable to their neurotoxic effects."[63]

14     86.    Of additional concern to developing children are the health risks related to

15 simultaneous exposure to multiple heavy metals as "co-exposures can have interactive adverse

16 effects."[64]

17     87.    The health effects associated with exposure to heavy metals are not limited to

18 infants and young children. Exposure to heavy metals, even in small amounts, can lead to life-

19 long effects. Heavy metals can remain in the human body for years and as a result, can

20 accumulate in the kidneys and other internal organs, increasing their risk to a person over time.[65]

21

22

---

23   [59] Monisha Jaishankar, et al., *Toxicity, Mechanism and Health Effects of Some Heavy Metals*, at 62, INTERDISCIPLINARY TOXICOLOGY (Nov. 14, 2014), 7(2), 60-72, https://doi.org/10.2478/intox-2014-0009.

24   [60] *Consumer Reports: Heavy Metals in Baby Food*, *supra*.
     [61] HBBF 2019 Report, *supra*, at 1.

25   [62] *Congressional Report Finds More Problems with Heavy Metals in Baby Food*, *supra* (emphasis added).

26   [63] Congressional Committee Report, *supra*, at 2.

     [64] Rachel Morello-Frosch, et al., *Environmental Chemicals in an Urban Population of Pregnant Women and Their Newborns from San Francisco* at 2, ENVIRONMENTAL SCIENCE & TECHNOLOGY (Nov. 15, 2016), 50(22),12464-12472, https://stacks.cdc.gov/view/cdc/80511.

28   [65] Congressional Committee Report, *supra*, at 2.

CLASS ACTION COMPLAINT - 21
Case No. 2:25-cv-00977
011320-11/3200040 V5



88.    Because heavy metals can bioaccumulate in the body, even regular consumption of small amounts can increase the material risk of various health issues, including bladder, lung, and skin cancer; cognitive and reproductive problems; and type 2 diabetes.[66]

89.    Exposure to heavy metals has also been shown to have long-lasting effects on cardiovascular toxicity, hypertension, arrhythmia, atherosclerosis,[67] as well as gastrointestinal and kidney dysfunction, nervous system disorders, skin lesions, vascular damage, immune system dysfunction, birth defects, and cancer.[68]

**D.    Amazon's Rice Products Could Be Produced with Lower Levels of Heavy Metals or Amazon Could Disclose the Presence of Heavy Metals in Its Rice Products**

90.    Amazon could have manufactured its Rice Products to contain lower levels of heavy metals. Methods for reducing contaminants in rice or rice-based products exist across both farming and manufacturing. Recent research suggests that strategically timing field wetting and drying cycles, along with careful management of soil moisture, fertilizer application, and other factors can help growers minimize both cadmium and arsenic levels in rice.[69]

91.    Amazon could also disclose the presence of heavy metals in all the Rice Products it sells. Amazon controls its Product Detail Pages, and it could ensure that heavy metals in the Rice Products it manufactures itself were tested for and disclosed. Amazon could also require the third-party merchants that list Rice Products on Amazon's Marketplace test for the presence of heavy metals and disclose any such contaminants in their product descriptions.

**E.    The Material Omissions Mislead and Deceive Reasonable Consumers**

92.    Amazon does not disclose anywhere on the Product Detail Pages for the Rice Products (or anywhere else) that the Rice Products contain heavy metals. Those point-of-sale webpages list the ingredients of the Rice Products but omit any mention of arsenic, cadmium, lead, or mercury.

---

[66] *See id.*

[67] Pan Ziwei, et al., *Heavy Metal Exposure and Cardiovascular Disease*, CIRCULATION RESEARCH (Apr. 25, 2024), https://www.ahajournals.org/doi/epub/10.1161/CIRCRESAHA.123.323617.

[68] Mahdi Balali-Mood, et al., *Toxic Mechanisms of Five Heavy Metals: Mercury, Lead, Chromium, Cadmium, and Arsenic*, FRONTIERS IN PHARMACOLOGY (Apr. 12, 2021), https://www.frontiersin.org/journals/pharmacology/articles/10.3389/fphar.2021.643972/full.

[69] HBBF 2025 Report, *supra*, at 10.

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

93. The presence of heavy metals in the Rice Products is material to consumers.

94. Amazon's Omissions wrongfully cause consumers to believe that Amazon's Rice Products do not contain heavy metals, when in fact the Rice Products do contain arsenic, cadmium, lead, and/or mercury.

95. Information regarding the presence of heavy metals in the Rice Products is in the exclusive possession of Amazon and not readily available to consumers. Amazon chose to not disclose such information to consumers and thus actively concealed the presence of heavy metals in the Rice Products.

96. Reasonable consumers must and do rely on Amazon to honestly report what its Rice Products contain.

97. Because of Amazon's failure to disclose the presence of heavy metals on the Rice Products' packaging and point-of-sale webpages, no reasonable consumer would expect, suspect, or understand that the Rice Products contained heavy metals.

98. Amazon had a duty to ensure the Rice Products were not deceptively, misleadingly, unfairly, and falsely marketed and that all material information was properly and fully disclosed.

99. The Omissions are material and reasonably likely to deceive reasonable consumers, such as Plaintiffs, in their purchasing decisions.

100. The Omissions were intended to and did, in fact, cause consumers like Plaintiff and the other Class Members, to purchase products they would not have purchased if Amazon had disclosed that the products contained heavy metals, or for which they would not have paid a premium price, or any price at all.

101. As a result of the Omissions, Amazon generated substantial sales and profited from Plaintiffs' lack of information about the presence of heavy metals in the Rice Products.

102. Plaintiffs and other reasonable consumers would not have purchased the Rice Products or would have paid less for them but for the Omissions.



## V.    CLASS ALLEGATIONS

103.    Plaintiffs bring this action individually and on behalf of the following Classes pursuant to Fed. R. Civ. P. 23(a), (b)(2) and (3), and (c)(4):

> **Nationwide Class**: All persons who, during the applicable statute of limitations to the present, purchased the Rice Products from Amazon in the United States for household use, and not for resale (the "Nationwide Class").

104.    Excluded from the Classes are Defendant, any of Defendant's parent companies, subsidiaries, and/or affiliates, officers, directors, legal representatives, employees, or co-conspirators, all governmental entities, and any judge, justice, or judicial officer presiding over this matter.

105.    This action is brought and may be properly maintained as a class action. There is a well-defined community of interests in this litigation and the Class Members are easily ascertainable.

106.    **Numerosity**: The Class Members are so numerous that individual joinder of all members is impracticable, and the disposition of the claims of the Class Members in a single action will provide substantial benefits to the parties and Court.

107.    **Commonality and Predominance**: There are many questions of law and fact common to the claims of Plaintiffs and the other Class Members, and those questions predominate over any questions that may affect individual Class Members. Questions of law and fact common to Plaintiffs and the Classes include, but are not limited to, the following:

a.    whether the Omissions were misleading;

b.    whether Defendant owed a duty to disclose;

c.    whether Defendant knew or should have known that the Rice Products contained heavy metals;

d.    whether Defendant failed to disclose that the Rice Products contained heavy metals;

e.    whether Defendant's packaging is false, deceptive, and misleading based on the Omissions;

f.    whether the Omissions are material to a reasonable consumer;

g.    whether the Omissions are likely to deceive a reasonable consumer;



h. whether Defendant had knowledge that the Omissions were material, false, deceptive, and misleading;

i. whether Defendant had exclusive knowledge of the Omissions;

j. whether Plaintiffs could have reasonably discovered the Omissions;

k. whether Defendant engaged in unfair trade practices;

l. whether Defendant engaged in false advertising;

m. whether Defendant made fraudulent omissions;

n. whether Defendant made fraudulent misrepresentations by omissions;

o. whether Plaintiffs and the Class Members are entitled to actual, statutory, and punitive damages; and

p. whether Plaintiffs and the Class Members are entitled to declaratory and injunctive relief.

108. Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by Plaintiffs individually and on behalf of all the Class Members. Identical statutory violations and business practices and harms are involved. Individual questions, if any, are not prevalent in comparison to the numerous common questions that dominate this action.

109. **Typicality**. Plaintiffs' claims are typical of the claims of the Class Members. Plaintiffs and the Class Members sustained damages as a result of Defendant's uniform wrongful conduct during transactions with them.

110. **Adequacy**: Plaintiffs will fairly and adequately represent and protect the interests of the Classes and have retained counsel competent and experienced in complex litigation and class actions. Plaintiffs have no interests antagonistic to those of the Classes, and there are no defenses unique to Plaintiffs. Plaintiffs and their counsel are committed to prosecuting this action vigorously on behalf of the Class Members and have the financial resources to do so. Neither Plaintiffs nor their counsel have any interest adverse to those of the Class Members.

111. **Risks of Prosecuting Separate Actions**: This case is appropriate for certification because prosecution of separate actions would risk either inconsistent adjudications which would establish incompatible standards of conduct for Defendant or would be dispositive of the interests of members of the Classes.



112.    **Policies Generally Applicable to the Classes**: This case is appropriate for certification because Defendant has acted or refused to act on grounds generally applicable to the Plaintiffs and Classes as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct towards Class Members and making final injunctive relief appropriate with respect to the Classes as a whole. Defendant's practices challenged herein apply to and affect the Class Members uniformly, and Plaintiffs' challenge to those practices hinges on Defendant's conduct with respect to the Classes as a whole, not on individual facts or law applicable only to Plaintiffs.

113.    **Superiority**: This case is also appropriate for certification because class proceedings are superior to all other available means of fair and efficient adjudication of the claims of Plaintiffs and the Class Members. The injuries suffered by each Class Member are relatively small in comparison to the burden and expense of individual prosecution of the litigation necessitated by Defendant's conduct. Absent a class action, it would be virtually impossible for the Class Members to obtain effective relief from Defendant. Even if Class Members could sustain individual litigation, it would not be preferable to a class action because individual litigation would increase the delay and expense to all parties, including the Court, and would require duplicative consideration of the common legal and factual issues presented here. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single Court.

## VI.    CHOICE OF LAW

114.    Washington law applies to Plaintiffs' claims by virtue of a choice-of-law provision that is set forth in "Conditions of Use" that appear on Amazon's website:

> By using any Amazon Service, you agree that applicable federal law, and the laws of the state of Washington, without regard to principles of conflict of laws, will govern these Conditions of Use and any dispute of any sort that might arise between you and Amazon.[70]

---

[70] Conditions of Use, AMAZON (updated Sept. 14, 2022), https://www.amazon.com/gp/help/customer/display.html?nodeId=GLSBYFE9MGKKQXXM (last accessed May 23, 2025).

# VII.    CLAIMS FOR RELIEF

## COUNT I
### VIOLATION OF THE WASHINGTON CONSUMER PROTECTION ACT
### (WASH. REV. CODE ANN. § 19.86.010, *ET SEQ.*)

115.    Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

116.    Plaintiffs bring this Count on behalf of all Class members.

117.    The Washington Consumer Protection Act ("Washington CPA") broadly prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce." WASH. REV. CODE ANN. § 19.96.010.

118.    Amazon's acts complained of herein are deceptive and unfair within the meaning of the Washington CPA. WASH. REV. CODE ANN. § 19.96.010.

119.    Amazon committed the acts complained of herein in the course of "trade" or "commerce" within the meaning of the Washington CPA. WASH. REV. CODE ANN. § 19.96.010.

120.    Amazon's deceptive and unfair practices, as alleged herein, are injurious to the public interest as they have the capacity to injure other persons, including the millions of consumers who shop on Amazon.com.

121.    Amazon's deceptive and unfair practices, as alleged herein, injured Plaintiffs and the Class in their business or property. Plaintiffs and the Class paid for Rice Products that were marketed as fit for human consumption but in fact contained dangerous heavy metals, including arsenic, cadmium, lead, and/or mercury. If not for Amazon's deceptive and unfair conduct, Plaintiffs and the Class would not have purchased Amazon's Rice Products, or they would not have purchased Amazon's Rice Products at the prices they paid.

122.    Amazon is liable to Plaintiffs for damages in amounts to be proven at trial, including attorneys' fees, costs, and treble damages, as well as any other remedies the Court may deem appropriate under WASH. REV. CODE ANN. § 19.86.090.

**HAGENS BERMAN**

**COUNT II**
**FRAUDULENT CONCEALMENT**
**(Based on Washington Law)**

123.    Plaintiffs incorporate by reference all preceding allegations as though fully set forth herein.

124.    Plaintiffs bring this Count on behalf of all Class members.

125.    Amazon concealed and suppressed material facts regarding its Amazon Rice Products.

126.    Amazon's omissions and/or misrepresentations alleged herein caused Plaintiffs and the Class to make their Rice Product purchases. Plaintiffs were unaware of these material facts, and had Amazon communicated these material facts to consumers, Plaintiffs and the Class would not have purchased the Rice Products, or would not have purchased the Rice Products at the prices they paid. Accordingly, Plaintiffs and the Class have suffered injury in fact, including lost money or property, as a result of Amazon's misrepresentations and Omissions.

127.    Accordingly, Amazon is liable to Plaintiffs and the Class for damages in an amount to be proven at trial, including but not limited to, benefit-of-the-bargain damages, restitution and/or diminution of value.

128.    Amazon's acts were done wantonly, maliciously, oppressively, deliberately, with intent to defraud, and in reckless disregard of Plaintiff's and other Class members' rights, in order to enrich Amazon. Amazon's conduct warrants an assessment of punitive damages in an amount sufficient to deter such conduct in the future, which amount is to be determined according to proof.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of members of the Class, respectfully request that the Court enter judgment in their favor and against Amazon, as follows:

A.    Certification of the proposed Class, including appointment of Plaintiffs' counsel as Class Counsel;

B.    An order temporarily and permanently enjoining Amazon from continuing the unlawful, deceptive, fraudulent, and unfair business practices alleged herein;



C.      Costs, restitution, damages, including punitive damages, and disgorgement in an amount to be determined at trial;

D.      An order requiring Amazon to pay both pre- and post-judgment interest on any amounts awarded;

E.      An award of costs and attorneys' fees; and

F.      Such other or further relief as may be appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial for all claims so triable.

DATED: May 23, 2025                      Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

/s/ *Steve W. Berman*
Steve W. Berman (WSBA No. 48827)
/s/ *Meredith Simons*
Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
merediths@hbsslaw.com

Rebecca A. Peterson
**GEORGE FELDMAN MCDONALD, PLLC**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
rpeterson@4-justice.com

*Attorneys for Plaintiffs*



# APPENDIX A

| HBBF Sample Number | Brand | Product | Arsenic (ug/kg) | Cadmium (ug/kg) | Lead (ug/kg) | Mercury (ug/kg) | Inorganic Arsenic (ug/kg) | Store | City, State |
|---|---|---|---|---|---|---|---|---|---|
| HBR-193 | 365 Whole Foods Market | Arborio White Rice | 204 | 12.1 | ND (<1.0) | 4.2 | 103 | Amazon online - Whole Foods | -- |
| HBR-178 | 365 Whole Foods Market | Enriched Calrose Rice Medium Grain | 95.7 | 2.7 | ND (<1.0) | 0.5* | 67.4 | Amazon online | -- |
| HBR-201 | 365 Whole Foods Market | Sushi Rice Short Grain White | 113 | 2.9 | 1* | 0.4* | 71.1 | Amazon online - Whole Foods | -- |
| HBR-195 | 4 Sisters | Extra Long Grain Organic Brown Rice | 305 | 10.9 | ND (<1.0) | 3.6 | 147 | Amazon online | ---- |
| HBR-033 | 4 Sisters | Extra Long Grain Organic Brown Rice | 203 | 31 | ND (<1.0) | ND (<3.6) | 106 | King Soopers | Denver CO |
| HBR-175 | Andy's | Charleston Gold Rice | 276 | 105 | 2.8* | 5.1 | 75.5 | Amazon online | ---- |
| HBR-107 | Ben's Original | Whole Grain Brown Rice (parboiled) | 253 | 14.8 | 1.4* | 5* | 149 | Food Lion | Chapin SC |
| HBR-162 | Ben's Original | Ready Rice Long Grain White Original (ready-to-heat) | 86.3 | 3.6 | 2.9 | ND (<3.3) | 65.6 | King Scoopers | Boulder CO |
| HBR-176 | Carolina Plantation | Carolina Gold Rice | 162 | 12.7 | 1.5* | 2.4 | 83.4 | Amazon online | -- |
| HBR-192 | Iberia Basmati | 100% Aged Original | 134 | 24.6 | 1.2* | 2.4 | 96.2 | Amazon online | -- |
| HBR-199 | Khazana | Premium Basmati | 85.4 | 24.3 | 1.7* | 1.1* | 70.2 | Amazon online | -- |
| HBR-179 | Marsh Hen Mill | Carolina Gold Rice | 301 | 38.5 | ND (<0.9) | 2 | 110 | Amazon online | -- |
| HBR-202 | Pride of India | Indian White Basmati | 85.4 | 19 | 2.7* | 1.6* | 61.6 | Amazon online | -- |
| HBR-172 | RiceSelect | Sushi Premium Short Grain Rice | 169 | 6.3 | 1.2* | 1.2* | 67.2 | Amazon online | -- |
| HBR-009 | RiceSelect | Brown Texmati Signature Variety American Style Basmati Rice | 522 | 6.8 | 1.1* | ND (<3.3) | 123 | Safeway | Kensington MD |
| HBR-173 | Riso Scotti | Riso Italiano Per Risotto Arborio | 182 | 46 | ND (<1.0) | 5.2 | 108 | Amazon online | -- |
| HBR-087 | Royal | Authentic Basmati Rice | 57.9 | 10.8 | ND (<0.9) | ND (<3.2) | 48.2 | CARRS Safeway | Anchorage AK |
| HBR-198 | Royal | Organic Basmati Rice | 41.1 | 43.1 | 1.1* | 1* | 18.2 | Amazon online | ---- |

*Note: ug/kg (parts per billion) = micrograms of contaminant per kilogram of dry grain (except in samples with added water, noted as "ready-to-heat", which are given on a wet weight basis)*

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1

**APPENDIX B**

2

**PRODUCT PICTURES**

3

| 365 Whole Foods Market | Arborio White Rice |

4

5







6

7

8

9

10

11

12

13

14

15

16

17



18

19

20

21

22

23

24

25

26

27

28

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| 365 Whole Foods Market | Enriched Calrose Rice Medium Grain |
|---|---|





HAGENS BERMAN

1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| **365 Whole Foods Market** | **Sushi Rice Short Grain White** |

  



CLASS ACTION COMPLAINT - 33
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| 4 Sisters | Extra Long Grain Organic Brown Rice |
|-----------|-------------------------------------|





4Sisters - Organic Long Grain Brown Rice - Grown in USA - Sustainably Grown - Women Owned - Farm to Table - 2lb

Visit the 4Sisters Store

4.4 ★★★★☆ (376) | Search this page

🌿 1 sustainability feature ⌄

200+ bought in past month

Compare at 3 Stores

-5% $9.48 ($0.30 / ounce)
One-Time Price: $9.98 ⓘ

Save up to 10% with business pricing. Sign up for a free Amazon Business account

Earn 5% back with Prime Store Card. That would've been $417.02 in rewards last year. Plus, get a $40 Gift Card upon approval.

May be available at a lower price from other sellers, potentially without free Prime shipping.

**Diet type**

✓ USDA Organic  ✓ Kosher  ✓ Gluten Free  ✓ Vegan  ✓ Vegetarian
✓ Plant Based

**Nutrition summary**

20.0 servings per container | 1/4 cup (45g) uncooked

| 170 | 2mg | 2g | 0g | 4g |
|-----|-----|-----|-----|-----|
| Calories | Sodium | Dietary Fiber | Sugars | Protein |

Nutrition facts ⌄

Ingredients ⌄

Product details ⌄

Click to see full view

🔴 Ask Rufus

Is it suitable for rice bowls or burrito bowls?    Does it contain any additives or preservatives?

Is cooking time similar to regular brown rice?    Ask something else



Subscribe & Save 🏷️ ⚙
$9.48 ($0.30 / ounce)

✓prime

Save 5% now and up to 10% on future deliveries. Learn more

FREE delivery **Tomorrow, May 21**

Or FREE delivery **Overnight 4 AM - 8 AM** on qualifying orders over $25. Order within **4 hrs 36 mins**
Change first delivery date

**In Stock**

Quantity: 1 ⌄

Set up subscription

Deliver every: 3 months (Most common)

Ships from    Amazon
Sold by    4Sisters Rice
Returns    Non-returnable due to Food safety reasons
Subscription    No fees. Skip or cancel anytime.

**One-time purchase:** ○
$9.99 ($0.31 / ounce)

✓prime One-Day

FREE delivery **Tomorrow, May 21**

Ships from: Amazon
Sold by: 4Sisters Rice



| Andy's | Charleston Gold Rice |
|--------|----------------------|





Andy's Organic Carolina Gold Rice | Charleston Gold Long Grain White Rice | Gluten Free, Non GMO & Sugar Free | Aromatic | Harvested in the USA | 1 Pack | 20 Oz (1.25lb)

Visit the ANDY'S Store

4.3 ★★★★☆ (154)  Search this page

$14.99 ($0.75 / ounce)



**Nutrition Facts**

about 12 servings per container

**Serving size     1/4 cup (45g)**

Amount per serving

**Calories     170**

| | % Daily Value* |
|---|---|
| **Total Fat** 1.5g | 2% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 0mg | 0% |
| **Total Carbohydrate** 34g | 12% |
| Dietary Fiber 2g | 7% |
| Total Sugars 0g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 3g | |
| Vitamin D 0mcg | 0% |
| Calcium 4mg | 0% |
| Iron 1mg | 6% |
| Potassium 113mg | 2% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Ben's Original | Whole Grain Brown Rice (parboiled) |
|---|---|







**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Ben's Original | Ready Rice Long Grain White Original (ready-to-heat) |
|---|---|









## Nutrition Facts

Serving size: 1 Pouch (250g)

| | Per Cup (140g) | | Per pouch | |
|---|---|---|---|---|
| **Calories** | **200** | | **350** | |
| | | % DV* | | % DV* |
| **Total Fat** | 3g | 4% | 5g | 6% |
| Saturated Fat | 0g | 0% | 0.5g | 3% |
| Trans Fat | 0g | | 0g | |
| Polyunsaturated fat | 1g | | 1.5g | |
| Monounsaturated Fat | 1.5g | | 3g | |
| **Cholesterol** | 0mg | 0% | 0mg | 0% |
| **Sodium** | 0mg | 0% | 0mg | 0% |
| **Total Carbohydrate** | 39g | 14% | 69g | 25% |
| Dietary Fiber | <1g | 4% | 1g | 7% |
| Total Sugars | 0g | | 0g | |
| Incl. Added Sugars | 0g | 0% | 0g | 0% |
| **Protein** | 4g | | 7g | |
| Vitamin D | 0mcg | 0% | 0mcg | 0% |
| Calcium | 40mg | 4% | 70mg | 6% |
| Iron | 2.1mg | 10% | 3.8mg | 20% |
| Potassium | 80mg | 0% | 150mg | 4% |
| Thiamin | 0.4mg | 35% | 0.7mg | 60% |
| Niacin | 4.6mg NE | 30% | 8.3mg NE | 50% |
| Folate | 140mcg DFE | 35% | 255mcg DFE | 60% |
| | (85mcg folic acid) | | (150mcg folic acid) | |

\* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

INGREDIENTS: WATER, PARBOILED LONG GRAIN RICE, LESS THAN 2% OF: CANOLA OIL,

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Carolina Plantation | Carolina Gold Rice |
|---|---|





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| Iberia Basmati | 100% Aged Original |
|---|---|







CLASS ACTION COMPLAINT - 39
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

1

2

| Khazana | Premium Basmati |
|---------|-----------------|

3

4

5

6

7

8

9

10

11

12

13

14





15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT - 40
Case No. 2:25-cv-00977
011320-11/3200040 V5

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

## Nutrition Facts

101 servings per container

**Serving size    1/4 cup (45g)**

**Amount per serving**

# Calories                    160

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | **0%** |
| Saturated Fat 0g | **0%** |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | **0%** |
| **Sodium** 5mg | **0%** |
| **Total Carbohydrate** 38g | **14%** |
| Dietary Fiber 0g | **0%** |
| Total Sugars 0g | |
| Includes 0g Added Sugars | **0%** |
| **Protein** 3g | **0%** |
| Vitamin D 0mcg | 0% |
| Calcium 2mg | 0% |
| Iron 0mg | 0% |
| Potassium 63mg | 2% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

CLASS ACTION COMPLAINT - 41
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| Marsh Hen Mill | Carolina Gold Rice |





Marsh Hen Mill Carolina Gold Rice | Premium Long Grain White Rice with Exceptional Aroma, Nutty Almond & Floral Notes | Gluten-Free & Non-GMO | Ideal for Home Cooks & Chefs | 24 oz (Pack of 1)

Visit the Marsh Hen Mill Store

4.4 ★★★★★ (81) | Search this page
100+ bought in past month

🏷 1 Price Change

$16.99 ($0.71 / ounce)

✓prime One-Day    Save 5% on 5 select item(s)  Shop items ›

Earn 5% back with Prime Store Card. That would've been $417.02 in rewards last year. Plus, get a $40 Gift Card upon approval.

Size: 24 Ounce

| 1.5 Pound (Pack of 2) | 24 Ounce |
| $27.99 ($0.58 / ounce) FREE Delivery Overnight 4 AM - 8 AM | $16.99 ($0.71 / ounce) FREE Delivery Tomorrow |

Diet type

✓ Gluten Free

Ingredients ⌄

Product details ⌄

⚐ Report an issue with this product or seller



One-time purchase: ⊙
$16.99 ($0.71 / ounce)

✓prime One-Day

FREE delivery Tomorrow, May 21

Or FREE delivery Overnight 4 AM - 8 AM on qualifying orders over $25. Order within 4 hrs 21 mins

◉ Deliver to Heidi - Monroe 98272

In Stock

Quantity: 1 ⌄

Add to Cart

Buy Now

Ships from  Amazon
Sold by    Sebago Distribution
Returns    Non-returnable due to Food safety reasons
Payment    Secure transaction
⌄ See more

Subscribe & Save ⟲    ○
$16.99 ($0.71 / Ounce)

✓prime

FREE delivery Tomorrow, May 21

Ships from  Amazon
Sold by    Sebago Distribution

Click to see full view

⬤ Ask Rufus

Does it cook up fluffy and separate?   Is its flavor comparable to basmati rice?

Are there any recipes included or recommended?   Ask something else



CLASS ACTION COMPLAINT - 42
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Pride of India | Indian White Basmati |
|---|---|







**HAGENS BERMAN**

1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| RiceSelect | Sushi Premium Short Grain Rice |
|---|---|





CLASS ACTION COMPLAINT - 44
Case No. 2:25-cv-00977
011320-11/3200040 V5

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| RiceSelect | Brown Texmati Signature Variety American Style Basmati Rice |
|---|---|





RiceSelect Texmati Brown Rice, Whole-Grain Basmati Rice, Premium Gluten-Free Rice, Non-GMO, Star-K Kosher, 32-Ounce Jar

Visit the RiceSelect Store

4.6 ★★★★★ (1,745)   | Search this page

Amazon's Choice

700+ bought in past month

5 Price Changes

$8.99 ($0.28 / Ounce)

Save up to 11% with business pricing. Sign up for a free Amazon Business account

Earn 5% back with Prime Store Card. That would've been $417.02 in rewards last year. Plus, get a $40 Gift Card upon approval.

May be available at a lower price from other sellers, potentially without free Prime shipping.

Style: Texmati Brown

| $8.42 ($0.26 / ounce) FREE Delivery Today 5 PM - 10 PM | $8.99 ($0.28 / Ounce) FREE Delivery Tomorrow | $7.52 ($0.24 / ounce) FREE Delivery Today 5 PM - 10 PM |

Diet type

✓ Gluten Free

Ingredients ⌄

Product details ⌄

⚑ Report an issue with this product or seller

Competitively priced item



Subscribe & Save
$8.99 ($0.28 / Ounce)
✓prime
Save up to 5% on future deliveries. Learn more

FREE delivery Tomorrow, May 21

Or FREE delivery Overnight 4 AM - 8 AM on qualifying orders over $25. Order within 4 hrs 14 mins
Change first delivery date

In Stock

Quantity: 1 ⌄

Set up subscription

To use SNAP EBT, select one-time purchase

Deliver every: 3 months (Most common)

Ships from   Amazon.com
Sold by   Amazon.com
Returns   Non-returnable due to Food safety reasons
Subscription   No fees. Skip or cancel anytime.

One-time purchase:
$8.99 ($0.28 / ounce)
✓prime One-Day

FREE delivery Tomorrow, May 21

Ships from: Amazon.com
Sold by: Amazon.com

Ask Rufus
Is it suitable for rice pilafs or biryanis?   Does it retain its texture after cooking?
Is cooking time shorter than regular brown rice?   Ask something else



**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

| Riso Scotti | Riso Italiano Per Risotto Arborio |
|---|---|



**Riso Scotti Arborio Risotto Rice, 1.1 lbs (500g), Superfino, Product of Italy, Chef Selected, Gluten Free, Non-GMO, Vacuumed packed**

Visit the Riso Scotti Store

4.5 ★★★★★ (69) | Search this page

Amazon's Choice

Best Price on Amazon

$5.99 ($0.34 / ounce)

✓prime Two-Day

Earn 5% back with Prime Store Card. That would've been **$417.02 in rewards** last year. Plus, get a $40 Gift Card upon approval.

**Bundles with this item**

Arborio Rice, 1.1 lb & Black & Basmati Rice,...
-10% $12.55
Was: $13.98
See all bundles

**Diet type**
✓ Gluten Free

**Product details**

Report an issue with this product or seller



One-time purchase:
$5.99 ($0.34 / ounce)

✓prime Two-Day
FREE delivery Thursday, May 22. Order within 8 hrs 41 mins
Deliver to Heidi - Monroe 98272

In Stock

Quantity: 1 ▼

Add to Cart

Buy Now

Ships from   Amazon
Sold by       Wholesale Italian Food
Returns       Non-returnable due to Food safety reasons
Payment      Secure transaction
✓ See more

Subscribe & Save
$5.69 ($0.32 / Ounce)

✓prime
FREE delivery Thursday, May 22
Ships from   Amazon
Sold by       Wholesale Italian Food



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| **Royal** | **Authentic Basmati Rice** |





**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Royal | Organic Basmati Rice |
|---|---|





HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX