Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY WRIGHT and MERRIMAN BLUM, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>               Defendant. | Case No. 2:25-cv-00977-JLR<br><br>**NOTICE OF APPEARANCE** |

**TO:**       **THE CLERK OF THE COURT;**

**AND TO:**    **All Parties of Record**

       YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Abraham M. Weill of K&L Gates LLP hereby appears in the above-entitled case as counsel of record for Defendant Amazon.com, Inc., without waiving objections as to improper service or jurisdiction and without waiving any defenses.

       DATED this 31st day of July, 2025.

                    K&L Gates LLP

                    By_*s/ Abraham M. Weill*____
                      Abraham M. Weill, WSBA # 58663

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Fax:  (206) 623-7022
Email:  abe.weill@klgates.com

Attorney for Defendant
Amazon.com, Inc.

NOTICE OF APPEARANCE - 2
Case No. 2:25-cv-00977-JLR