UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERRIMAN BLUM, | CASE NO. C25-0977JLR |
| Plaintiff, | SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |
| v. | |
| AMAZON.COM, INC., | |
| Defendant. | |

The court adopts the parties' proposed class certification schedule as set forth in their Joint Status Report (Dkt. # 19):

| | |
|---|---|
| Substantial Completion of Document Production | *March 27, 2026* |
| Completion of Fact Witness Depositions | *May 22, 2026* |
| Parties to Exchange Expert Reports for Affirmative Expert Witnesses on Class Certification | *June 26, 2026* |

ORDER - 1

| | |
|---|---|
| Parties to Exchange Rebuttal Expert Reportsfor Rebuttal Expert Witnesses on Class Certification | *July 27, 2026* |
| Completion of Expert Depositions | *September 25, 2026* |
| Plaintiffs' Class Certification Motion | *October 26, 2026* |
| Amazon's Class Certification Opposition and *Daubert* Motions | *November 27, 2026* |
| Plaintiffs' Class Certification Reply; Plaintiffs' *Daubert* Motion(s); and Plaintiff's Opposition to any *Daubert* Motion Filed by Amazon | *December 18, 2026* |
| Amazon's Opposition to Plaintiffs' *Daubert* Motion(s) and Reply in support of Amazon's *Daubert* Motion(s) | *January 23, 2027* |
| Plaintiffs' Reply in support of their *Daubert* Motion(s) | *February 13, 2027* |
| Hearing on Class Certification | *To be set by the Court* |
| Parties to Meet and Confer on proposed Joint Scheduling Order to address any issues that remain after the Court rules on Plaintiffs' Motion for Class Certification and any *Daubert* Motions | *14 days from the Court's ruling on Plaintiffs' Motion for Class Certification and Daubert Motions* |
| Parties to Submit Joint Scheduling Order to address any issues that remain after the Court rules on Plaintiffs' Motion for Class Certification and any *Daubert* Motions | *30 days after the Court's ruling on Plaintiffs' Motion for Class Certification and Daubert Motions* |

This Order is issued at the outset of the case, and a copy is sent by the clerk to counsel for plaintiff (or plaintiff, if pro se) and any defendants who have appeared. Plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on all parties who appear after this Order is filed. Such service shall be accomplished within ten (10) days after each appearance.

1 | The court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiff(s) shall inform the court immediately should Plaintiff(s) at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the court, not by agreement of the parties. The court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah, Courtroom Deputy, at Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed. R. Civ. P. 16(b)(3)(B)(v).

Dated this 23rd day of September, 2025.

The Honorable James L. Robart
United States District Judge

ORDER - 3