The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MERRIMAN BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:25-cv-00977-JLR<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME |

The Stipulated Motion for Extension of Time filed by Plaintiff Merriman Blum ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant") is GRANTED. Accordingly, the Court orders that:

1. The deadline for Amazon to file its answer to Plaintiff's First Amended Class Action Complaint is extended from January 12, 2026, to January 26, 2026.

IT IS SO ORDERED.

Dated this __5th__ day of January 2026.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF TIME
CASE NUMBER 2:25-CV-00977-JLR - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

Presented by:

| K&L GATES LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |

*/s/ Abraham M. Weill*
David A Bateman, WSBA # 14262
Abraham M. Weill, WSBA # 58663
925 Fourth Avenue
Suite 2900
Seattle, Washington  98104-1158
Tel: +1 206 623 7580
Fax: +1 206 623 7022
Email: david.bateman@klgates.com
          abe.weill@klgates.com

Jennifer J. Nagle, *Pro Hac Vice*
Robert W. Sparkes III, *Pro Hac Vice*
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Phone: (617) 261-3100
Fax:    (617) 261-3175
Email: jennifer.nagle@klgates.com
          robert.sparkes@klgates.com

Loly G. Tor, *Pro Hac Vice*
K&L GATES LLP
One Newark Center, 10th Fl.
Newark, NJ 07102
Phone: (973) 848-4026
Fax:    (973) 848-4001
Email: loly.tor@klgates.com

*Attorneys for Defendant Amazon.com, Inc.*

*/s/ Steve W. Berman*
Steve W. Berman, WSBA # 12536
Meredith Simons, WSBA # 62622
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com
          merediths@hbsslaw.com

Rebecca A. Peterson, *Pro Hac Vice*
GEORGE FELDMAN MCDONALD, PLLC
1650 W. 82nd Street, Suite 880
Bloomington, Minnesota 55431
Telephone: (612) 778-9595
Email: RPeterson@4-Justice.com

*Attorneys for Plaintiff*

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF TIME
CASE NUMBER 2:25-CV-00977-JLR - 2

**K&L GATES LLP**
*925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022*