The Honorable James L. Robart

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| MERRIMAN BLUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:25-cv-00977-JLR<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY AND TO MODIFY THE SCHEDULING ORDER** |

This matter came before the Court on Plaintiff's and Defendant's Joint Motion for Extension of Time to Complete Fact Discovery and to Modify the Scheduling Order. After considering the Motion, and for good cause shown, it is hereby ORDERED that:

1. The parties' Joint Motion for Extension of Time to Complete Fact Discovery and to Modify the Scheduling Order is GRANTED;

2. The date upon which the parties are to have substantially completed production of documents is extended until August 15, 2026, and the remaining dates in the Court's Scheduling Order of September 23, 2025, shall be modified as follows:

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Event | Deadline |
|---|---|
| Substantial Completion of Document Production | August 15, 2026 |
| Completion of Fact Witness Depositions | December 11, 2026 |
| Parties to Exchange Expert Reports for Affirmative Expert Witnesses on Class Certification | January 22, 2027 |
| Parties to Exchange Rebuttal Expert Reports for Rebuttal Expert Witnesses on Class Certification | February 22, 2027 |
| Completion of Expert Depositions | April 20, 2027 |
| Plaintiff's Class Certification Motion | May 19, 2027 |
| Amazon's Class Certification Opposition and *Daubert* Motion(s) | June 22, 2027 |
| Plaintiff's Class Certification Reply; Plaintiff's *Daubert* Motion(s); and Plaintiff's Opposition to any *Daubert* Motion(s) Filed by Amazon | July 20, 2027 |
| Amazon's Opposition to Plaintiff's *Daubert* Motion(s) and Reply in support of Amazon's *Daubert* Motion(s) | August 24, 2027 |
| Plaintiff's Reply in support of their *Daubert* Motion(s) | September 14, 2027 |
| Hearing on Class Certification | *To be set by the Court* |
| Parties to Meet and Confer on proposed Joint Scheduling Order to address any issues that remain after the Court rules on Plaintiff's Motion for Class Certification and any *Daubert* Motion(s) | *14 days from the Court's ruling on Plaintiff's Motion for Class Certification and Daubert Motion(s)* |
| Parties to Submit Joint Scheduling Order to address any issues that remain after the Court rules on Plaintiff's Motion for Class Certification and any *Daubert* Motion(s) | *30 days after the Court's ruling on Plaintiff's Motion for Class Certification and Daubert Motion(s)* |

IT IS SO ORDERED.

DATED this __26th__ day of __February__ 2026.

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME (Case No. 2:25-cv-00977-JLR) – 2

HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

DATED: February 25, 2026

Presented jointly by:

Steve W. Berman (WSBA No. 48827)
Meredith Simons (WSBA No. 62622)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
merediths@hbsslaw.com

Rebecca A. Peterson
**HECHT PARTNERS LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (212) 851-6821
rpeterson@hechtpartners.com

*Attorneys for Plaintiff*

David A Bateman (WSBA No.14262)
Abraham M. Weill (WSBA No. 58663)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: (206) 623-7580
david.bateman@klgates.com
abe.weill@klgates.com

Jennifer J. Nagle, Pro Hac Vice
Robert W. Sparkes III, Pro Hac Vice
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114
Telephone: (617) 261-3100
jennifer.nagle@klgates.com
robert.sparkes@klgates.com

Loly G. Tor, *Pro Hac Vice*
**K&L GATES LLP**
One Newark Center, 10th Fl.
Newark, NJ 07102
Telephone: (973) 848-4026
loly.tor@klgates.com

*Attorneys for Defendant Amazon.com, Inc.*

[PROPOSED] ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME (Case No. 2:25-cv-00977-JLR) – 3