The Honorable James L. Robart

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

MERRIMAN BLUM, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation,

Defendant.

Case No. 2:25-cv-00977-JLR

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND THE COMPLAINT AND MODIFY THE CASE SCHEDULE**

This matter came before the Court on Plaintiff's Unopposed Motion to Amend the Complaint and Modify the Case Schedule ("Motion"). After considering the Motion, and for good cause shown, it is hereby ORDERED that:

1.    Plaintiffs' Motion is GRANTED;

2.    Plaintiffs shall file the Second Amended Class Action Complaint on the docket by July 24, 2026.

3.    The case schedule is hereby modified as follows:

//

//

//

//

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO AMEND THE COMPLAINT AND MODIFY THE
CASE SCHEDULE (Case No. 2:25-cv-00977-JLR) – 1

**HAGENS BERMAN**
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE  (206) 623-0594 FAX

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial Completion of Document Production | August 15, 2026 | November 13, 2026 |
| Completion of Fact Witness Depositions | December 11, 2026 | March 12, 2027 |
| Parties to Exchange Expert Reports for Affirmative Expert Witnesses on Class Certification | January 22, 2027 | April 23, 2027 |
| Parties to Exchange Rebuttal Expert Reports for Rebuttal Expert Witnesses on Class Certification | February 22, 2027 | May 24, 2027 |
| Completion of Expert Depositions | April 20, 2027 | July 23, 2027 |
| Plaintiff's Class Certification Motion | May 19, 2027 | August 23, 2027 |
| Amazon's Class Certification Opposition and *Daubert* Motion(s) | June 22, 2027 | September 22, 2027 |
| Plaintiff's Class Certification Reply; Plaintiff's *Daubert* Motion(s); and Plaintiff's Opposition to any *Daubert* Motion(s) Filed by Amazon | July 20, 2027 | October 22, 2027 |
| Amazon's Opposition to Plaintiff's *Daubert* Motion(s) and Reply in support of Amazon's *Daubert* Motion(s) | August 25, 2027 | November 22, 2027 |
| Plaintiff's Reply in support of their *Daubert* Motion(s) | September 14, 2027 | December 17, 2027 |
| Hearing on Class Certification | *To be set by the Court* | No change |
| Parties to Meet and Confer on proposed Joint Scheduling Order to address any issues that remain after the Court rules on Plaintiff's Motion for Class Certification and any *Daubert* Motion(s) | *14 days from the Court's ruling on Plaintiff's Motion for Class Certification and Daubert Motion(s)* | No change |
| Parties to Submit Joint Scheduling Order to address any issues that remain after the Court rules on Plaintiff's Motion for Class Certification and any *Daubert* Motion(s) | *30 days after the Court's ruling on Plaintiff's Motion for Class Certification and Daubert Motion(s)* | No change |

IT IS SO ORDERED.
DATED this 10th day of July, 2026.



The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO AMEND THE COMPLAINT AND MODIFY THE
CASE SCHEDULE (Case No. 2:25-cv-00977-JLR) – 2


1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX

DATED: July 9, 2026

Presented by:

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 48827)
*/s/ Meredith Simons*
Meredith Simons (WSBA No. 62622)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
merediths@hbsslaw.com

Catherine A. Peterson (*pro hac vice*)
Rebecca A. Peterson (*pro hac vice*)
Krista K. Freier (*pro hac vice*)
**HECHT PARTNERS LLP**
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9530
cpeterson@hechtpartners.com
rpeterson@hectpartners.com
kfreier@hechtpartners.com

*Attorneys for Plaintiff*

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION TO AMEND THE COMPLAINT AND MODIFY THE
CASE SCHEDULE (Case No. 2:25-cv-00977-JLR) – 3



HAGENS BERMAN
1301 Second Avenue, Suite 2000, Seattle, WA 98101
(206) 623-7292 OFFICE   (206) 623-0594 FAX